**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2020**

TERRY GOODEN,

        Plaintiff - Appellant,

    v.

U.S. NAVY/U.S. MARINE CORPS; ROBERT B. NELLER, U.S. Marine Corps,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Senior District Judge. (2:19-cv-00188-RBS-RJK)

Submitted: January 23, 2020                    Decided: January 27, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Gooden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Gooden appeals the district court's order dismissing his civil action with prejudice pursuant to 28 U.S.C. § 1915(e)(2) (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gooden v. U. S. Navy/U.S. Marine Corps*, No. 2:19-cv-00188-RBS-RJK (E.D. Va. July 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
